THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Andrew Drayton,       
Appellant.
 
 
 

Appeal From Charleston County
Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2004-UP-137
Submitted December 23, 2003  Filed 
 February 27, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

 PER CURIAM:  A grand jury indicted 
 Andrew Drayton for possession of cocaine with intent to distribute, possession 
 of cocaine with intent to distribute within the proximity of a school, and resisting 
 arrest.  Drayton was convicted of possession of cocaine with intent to distribute 
 and resisting arrest and sentenced to fifteen-years imprisonment for possession 
 of cocaine with intent to distribute and six-months imprisonment for resisting 
 arrest.  Furthermore, the circuit court revoked two years of an unrelated-probationary 
 sentence, all of the sentences to run concurrently.  Pursuant to Anders v. 
 California, 386 U.S. 738 (1967), Draytons counsel attached a petition to 
 be relieved.  Drayton filed a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Draytons appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE,
JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.